IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **EDWARD LAMAR PORTER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:15-CV-55-L** |
| | § | |
| **WILLIAMS CHICKEN AND** | § | |
| **FARMERS INSURANCE GROUP,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case brought by pro se Plaintiff Edward Lamar Porter ("Plaintiff") was referred to United States Magistrate Judge Irma Carrillo Ramirez, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 22, 2016, recommending that the court dismiss without prejudice this action for failure to prosecute or comply with court orders.  No objections to the Report were filed.

Having reviewed the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute or comply with a court order.

**It is so ordered** this 6th day of October, 2016.

Sam A. Lindsay
United States District Judge

**Order –Solo Page**